UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | Case No. 1:07-CR-38 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| | ) | |
| TYLER SHORT | ) | |

## O R D E R

On April 27, 2007, United States Magistrate Judge Susan K. Lee conducted a plea hearing and filed a Report and Recommendation ("R&R") in this matter. The R&R recommends that the Court: (1) accept the defendant's guilty plea to Count One of the Bill of Information; (2) adjudicate the defendant guilty of the charges set forth in Count One; (3) defer acceptance of the written plea agreement in this matter until sentencing; and (4) the defendant remain on bond pending sentencing (Doc. No. 12). Neither party has filed objections to the R&R within the given ten (10) days.

After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the R&R (Doc. No. 12) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** as follows:

(1) The defendant's plea of guilty to Count One of the Bill of Information is **ACCEPTED**;

(2) The defendant is hereby **ADJUDGED** guilty of the charge set forth in Count One;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) The defendant **SHALL REMAIN** on bond until sentencing in this matter. Sentencing is scheduled for **Thursday, July 26, 2007, at 2:00 p.m.**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**